**Thomas L. Gambaro**
Email: thom.gambaro@gmail.com
**PATENT ENFORCEMENT COMPANY**
**MOTIONLESS KEYBOARD COMPANY**
P.O. Box 14741
Portland, Oregon 97293-0741
Telephone: 503-544-0589

FILED'10 MAY 10 14:57USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FLIR SYSTEMS, INC.**, an Oregon corporation, <br><br> Plaintiff, <br><br> v. <br><br> **PATENT ENFORCEMENT COMPANY,** an Oregon company <br><br> Previously: <br><br> **THOMAS L. GAMBARO**, an individual; and **MOTIONLESS KEYBOARD COMPANY**, an Oregon corporation <br><br> Defendants. | Case No. CV 10-0231-BR <br><br> **DEFENDANT OPPOSITION TO MOTION TO STRIKE ANSWERS** <br><br> **DEMAND FOR JURY TRIAL** |

### DEFENDANT OPPOSITION TO MOTION TO STRIKE

In consideration for PATENT ENFORCEMENT COMPANY pending MOTION 01, MOTION 02, and MOTION 03 the inventor of U.S. Patent No. 5,332,322 will answer and oppose the FLIR MOTION TO STRIKE DEFENDANT MOTIONLESS KEYBOARD COMPANY'S ANSWER, DEFENSES AND COUNTERCLAIM(S).

**DEFENDANT OPPOSITION TO MOTION TO STRIKE ANSWERS**     Pg 1 of 3

The primary reason given during a conference with the opposing party attorney for the motion to strike answers was that THOMAS L. GAMBARO, an individual is not an attorney and therefore may not appear or answer for MOTIONLESS KEYBOARD COMPANY, an Oregon corporation. I explained to the attorney from SCHWABE, WILLIAMSON, & WYATT that U.S. Patent No. 5,332,322 was no longer assigned to MOTIONLESS KEYBOARD COMPANY but in the process of being assigned to PATENT ENFORCEMENT COMPANY and that the date on U.S. Patent and Trademark Office Form 1595 had been filed without a date and that the PTO had approved the assignment pending the return of the form correctly filled out. I said the form was in the U.S. Mail and that the assignment would be registered soon. I further clarified the fact that the PATENT ENFORCEMENT COMPANY was registered as a company not a corporation and that the reason for the MOTION TO STRIKE DEFENDNANT MOTIONLESS KEYBOARD COMPANY'S ANSWER would not exist much longer. During the conversation the attorney I spoke with checked the registration with the State of Oregon Central Business Registry to confirm my statements and indicated that to preserve their clients rights that the MOTION TO STRIKE MOTIONLESS KEYBOARD COMPANY'S ANSWERS would still be filed. This was acknowledged.

Dated: May 10, 2010  Respectfully submitted,

By: _____
Thomas L. Gambaro
Email: thom.gambaro@gmail.com
PATENT ENFORCEMENT COMPANY
MOTIONLESS KEYBOARD COMPANY
P.O. Box 14741
Portland, Oregon 97293-0741
Telephone: 503-544-0589

**DEFENDANT OPPOSITION TO MOTION TO STRIKE ANSWERS**      Pg 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 8, 2010, a true copy of the foregoing **DEFENDANT OPPOSITION TO MOTION TO STRIKE ANSWERS** was served to the following counsel by hand delivery, electronic filing via e-mail with electronic signature and first class mail:

**Christopher Lewis**, OSB #003079
Email: clewis@schwabe.com
**Devon Zastrow Newman**, OSB #014627
Email: dnewman@schwabe.com
SCHWABE, WILLIAMSON, & WYATT
1211 SW Fifth Avenue, Suite 1900
Portland, Oregon 97204-3735
Telephone: 503-222-9981
Facsimile: 503-796-2900

**William A. Brewer III**
Email: wab@bickelbrewer.com
**Michael J. Collins**
Email: mjc@bickelbrewer.com
**Farooq A. Tayab**
Email: fat@bickelbrewer.com
BICKEL & BREWER
4800 Commercial Bank Tower
1717 Main Street
Dallas, Texas 75201-4612
Telephone: 214-653-4000
Facsimile: 214-653-1015

Respectfully submitted,

May 10, 2010        By: _____
**Thomas L. Gambaro**
Email: thom.gambaro@gmail.com
**PATENT ENFORCEMENT COMPANY**
**MOTIONLESS KEYBOARD COMPANY**
P.O. Box 14741
Portland, Oregon 97293-0741
Telephone: 503-544-0589