**Christopher J. Lewis, OSB #003079**
Email clewis@schwabe.com
**Devon Zastrow Newman, OSB #014627**
Email dnewman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981
Fax 503.796.2900

**William A. Brewer III,** *admitted pro hac vice*
Email wab@bickelbrewer.com
**Michael J. Collins,** *admitted pro hac vice*
Email mjc@bickelbrewer.com
**Farooq A. Tayab,** *admitted pro hac vice*
Email fat@bickelbrewer.com
BICKEL & BREWER
4800 Comerica Bank Tower
1717 Main Street
Dallas, TX 75201-4612
Telephone 214.653.4000
Fax 214.653.1015

Of Attorneys for Plaintiff FLIR Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FLIR SYSTEMS, INC.,** an Oregon corporation**,**<br><br>            Plaintiff,<br><br>vs.<br><br>**THOMAS L. GAMBARO,** an individual d/b/a **PATENT ENFORCEMENT COMPANY**; and **MOTIONLESS KEYBOARD COMPANY,** an Oregon corporation,<br><br>            Defendants. | No. CV 10-231-BR<br><br>DECLARATION OF FAROOQ A. TAYAB IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION 01 TO AMEND CAPTION |

Page 1 -    DECLARATION OF FAROOQ A. TAYAB IN SUPPORT
            OF PLAINTIFF'S RESPONSE TO DEFENDANTS'
            MOTION 01 TO AMEND CAPTION

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/121949/175176/DZN/6039793.1

I, Farooq A. Tayab, under the penalty of perjury, declare as follows:

1. I am an attorney with the law firm of Bickel & Brewer, counsel for Plaintiff FLIR Systems, Inc., and I am one of the attorneys at this firm with responsibility for this matter. I have personal knowledge of the matters set forth herein, except as indicated, and would testify truthfully hereto if so required.

2. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Patent Assignment Abstract of Title record related United States Patent No. 5,332,322 downloaded from the Patent Application Information Retrieval (PAIR) section of the United States Patent & Trademark Office website on May 27, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct.

Dated this 27th day of May, 2010.

                                                   s/ Farooq A. Tayab
                                                   Farooq A. Tayab

Page 2 -   DECLARATION OF FAROOQ A. TAYAB IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION 01 TO AMEND CAPTION

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/121949/175176/DZN/6039793.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 27th day of May, 2010, a true and correct copy of the foregoing DECLARATION OF FAROOQ A. TAYAB IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION 01 TO AMEND CAPTION was served via first class mail, postage prepaid, as follows:

>Mr. Thomas Gambaro, individually
>and dba Patent Enforcement Company
>and
>Motionless Keyboard Company
>P.O. Box 14741
>Portland, Oregon  97293-0741

       _s/ Christopher J. Lewis_
       Christopher J. Lewis

Page 1 -   CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

5216706.1
2069-06