**Christopher J. Lewis, OSB #003079**
Email clewis@schwabe.com
**Devon Zastrow Newman, OSB #014627**
Email dnewman@schwabe.com
SCHWABE, WILLIAMSON & WYATT, P.C.
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981
Fax 503.796.2900

**William A. Brewer III,** *admitted pro hac vice*
Email wab@bickelbrewer.com
**Michael J. Collins,** *admitted pro hac vice*
Email mjc@bickelbrewer.com
**Farooq A. Tayab,** *admitted pro hac vice*
Email fat@bickelbrewer.com
BICKEL & BREWER
4800 Comerica Bank Tower
1717 Main Street
Dallas, TX 75201-4612
Telephone 214.653.4000
Fax 214.653.1015

Of Attorneys for Plaintiff FLIR Systems, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FLIR SYSTEMS, INC.,** an Oregon corporation**,**<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>**THOMAS L. GAMBARO,** an individual d/b/a **PATENT ENFORCEMENT COMPANY**; and **MOTIONLESS KEYBOARD COMPANY,** an Oregon corporation,<br><br>　　　　　Defendants. | No. CV 10-231-BR<br><br>MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AND SUBSTITUTE NEW LOCAL COUNSEL FOR FLIR SYSTEMS, INC.<br><br>Pursuant to LR 83-11(a) |

Page 1 -　MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AND SUBSTITUTE NEW LOCAL COUNSEL FOR FLIR SYSTEMS, INC

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

PDX/121949/175176/DZN/6119445.1

Christopher J. Lewis and Devon Zastrow Newman of SCHWABE, WILLIAMSON & WYATT, P.C. (Schwabe), submit this Memorandum in Support of Schwabe's Motion to Withdraw and Substitute New Local Counsel for Flir Systems, Inc. (FLIR).

## INTRODUCTION

Pursuant to LR 83-11(a), Schwabe hereby moves this Court for leave to withdraw as local counsel for FLIR and requests substitution of Susan Marmaduke of Harrang, Long, Gary and Rudnick, PC, as local counsel.

The primary issue before the Court in this litigation is whether or not various FLIR thermal imaging cameras infringed Defendants' expired U.S. Patent No. 5,332,322 (" '322 Patent") (Primary Issue). Unfortunately, the Defendants are doing everything they can to create one side show after another in an apparent attempt to distract this Court from the Primary Issue. Accordingly, despite there being no legal or ethical conflict of interest, Schwabe hereby moves to withdraw in order to stop the tangential litigation hemorrhage that has already infected this case. Schwabe's withdrawal should also help end the Defendants' disregard of the Federal Rules of Civil Procedure governing discovery and their inappropriate attempt to obtain information from Schwabe by virtue of its prior role as local counsel for Nokia, Inc., in an unrelated prior litigation.

## ARGUMENT

Defendants filed a motion to disqualify Schwabe on the basis of alleged conflict of interest on May 10, 2010.[1] Schwabe responded, noting that the Oregon Rules of Professional Conduct make clear that Schwabe's prior representation of an individual shareholder of Defendant Motionless Keyboard Company (MKC) on unrelated business issues <u>does not</u> create any conflict of issue this case.[2] As opposed to awaiting the Court's ruling, however, the Defendants immediately sent a flurry of correspondence demanding immediate production of

---

[1] Docket No. 19.

[2] Oregon Rule of Professional Conduct 1.7; *See* FLIR's Response to Motion to Disqualify (Docket No. 26) and Declaration of Christopher J. Lewis in Support (Docket No. 28), ¶ 2.

Page 2 -   MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AND SUBSTITUTE NEW LOCAL COUNSEL FOR FLIR SYSTEMS, INC

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981 Fax 503.796.2900

PDX/121949/175176/DZN/6119445.1

overbroad, unrelated, and in some cases <u>nonexistent</u> or <u>wholly privileged</u> discovery allegedly necessary for it to prepare for the hearing on the motion to disqualify.[3] Defendants have even filed a motion to compel such information, despite the fact that the thirty day response period allotted under the rules had not yet expired.[4] Schwabe's withdrawal should moot these requests and get this case back on the proper track.[5]

Defendants are also using Schwabe's representation of Nokia in an unrelated litigation[6] as a means to thwart FLIR's discovery requests, as Defendants have not produced a single responsive document in this case.[7] Defendants responded to FLIR's discovery requests by claiming that Schwabe already had the majority of the requested documents by virtue of discovery in the prior litigation.[8] Aside from the fact that little if any production exists in Schwabe's files from that case,[9] those documents are from a <u>different litigation between different parties</u>. Schwabe's mere possession of any production does not entitle Defendants to obtain that production <u>in this litigation</u>. Of course, the proper approach to securing this information is by way of a subpoena served on the parties of the prior litigation.

*Pro se* Defendants' unreasonable demands and filings are an expensive distraction from the merits of the case, and show Defendants' inability to work within the framework provided by the Federal Rules of Civil Procedure governing discovery, understand the Oregon Rules of Professional Conduct regarding conflicts of interest, or the appreciate the ethical and legal rules prohibiting the disclosure of privileged information. Accordingly, for the sake of its client,

---

[3] Declaration of Christopher J. Lewis in support of Motion to Withdraw and Substitute New Local Counsel for FLIR Systems, Inc. ("Lewis Decl."), ¶ 2.

[4] See Defendant Motion 05 Under Rule 37(a) for Discovery by Schwabe, Williamson, Wyatt (Docket No. 34); Lewis Decl. ¶ 3.

[5] Lewis Decl. ¶ 2.

[6] *Id.*, ¶ 4.

[7] *Id.*, ¶ 5.

[8] *Id.*, ¶ 6, Exhibit 1, Defendants' Response to Plaintiff's First Request for Production, p. 2.

[9] Lewis Decl., ¶ 7

Page 3 -   MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AND SUBSTITUTE NEW LOCAL COUNSEL FOR FLIR SYSTEMS, INC

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/121949/175176/DZN/6119445.1

FLIR, and to reduce the burden on the Court in needing to address these unnecessary and irrelevant side show issues, Schwabe requests the Court's permission to withdraw and substitute counsel Susan Marmaduke of Harrang Long. In an attempt to cut off future distractions, FLIR has taken all possible steps to ensure that Mrs. Marmaduke and her firm were in no way related to the prior litigation.[10] In so doing, it is Schwabe and FLIR's hope that the parties and the Court can focus on the Primary Issue at hand.

## CONCLUSION

For the reasons set forth above, Schwabe respectfully requests that this Court grant Schwabe's Motion to Withdraw and Substitute New Local Counsel for Flir Systems, Inc.

Dated this 15th day of June, 2010.

Respectfully submitted,

SCHWABE, WILLIAMSON & WYATT, P.C.

s/ Christopher J. Lewis
Christopher J. Lewis, OSB #003079
Devon Zastrow Newman, OSB #014627
Telephone 503.222.9981

BICKEL & BREWER.

William A. Brewer III, *admitted pro hac vice*
Michael J. Collins, *admitted pro hac vice*
Farooq A. Tayab, *admitted pro hac vice*
Telephone 214.653.4000

Of Attorneys for Plaintiff, FLIR Systems, Inc.

---

[10] Lewis Decl., ¶ 7.

Page 4 -   MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AND SUBSTITUTE NEW LOCAL COUNSEL FOR FLIR SYSTEMS, INC

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/121949/175176/DZN/6119445.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 15th day of June, 2010, a true and correct copy of the foregoing MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AND SUBSTITUTE NEW LOCAL COUNSEL FOR FLIR SYSTEMS, INC. was served via first class mail, postage prepaid, as follows:

> Mr. Thomas Gambaro, individually
> and dba Patent Enforcement Company
> and
> Motionless Keyboard Company
> P.O. Box 14741
> Portland, Oregon  97293-0741

>                             s/ Christopher J. Lewis
>                             Christopher J. Lewis

Page 5 -  MEMORANDUM IN SUPPORT OF MOTION TO WITHDRAW AND SUBSTITUTE NEW LOCAL COUNSEL FOR FLIR SYSTEMS, INC

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/121949/175176/DZN/6119445.1