**Susan D. Marmaduke**, OSB 841458
E-mail: susan.marmaduke@harrang.com
**Sivhwa Go**, OSB 033252
E-mail: hwa.go@harrang.com
HARRANG LONG GARY RUDNICK P.C.
1001 S.W. Fifth Avenue, 16th Floor
Portland, OR  97204
Telephone:  (503) 242-0000
Facsimile:  (503) 241-1458

**William A. Brewer, III**, *Admitted Pro Hac Vice*
E-mail: wab@bickelbrewer.com
**Michael J. Collins**, *Admitted Pro Hac Vice*
E-mail: mjc@bickelbrewer.com
**Farooq A. Tayab**, *Admitted Pro Hac Vice*
E-mail: fat@bickelbrewer.com
BICKEL & BREWER
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas 75201-4612
Telephone:  (214) 653-4000
Facsimile:  (214) 653-1015

Attorneys for Plaintiff FLIR Systems, Inc.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **FLIR SYSTEMS, INC.**, an Oregon corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>**THOMAS L. GAMBARO**, an individual d/b/a **PATENT ENFORCEMENT COMPANY**; **MOTIONLESS KEYBOARD COMPANY**, an Oregon corporation.<br><br>    Defendants.<br>_____ | Civil No.:  3:10-cv-00231-BR<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL** |

PAGE 1 – **NOTICE OF SUBSTITUTION OF COUNSEL**

Plaintiff FLIR Systems, Inc. gives notice that Susan D. Marmaduke and Sivhwa Go of the law firm of Harrang Long Gary Rudnick P.C. are substituted as local counsel for plaintiff in place of Christopher J. Lewis and Devon Zastrow Newman of Schwabe Williamson & Wyatt, P.C.  Please address all further notices, pleadings, correspondence and other communications to the substituted counsel as follows:

>Susan D. Marmaduke, Esq.
>Sivhwa Go, Esq.
>Harrang Long Gary Rudnick P.C.
>1001 SW 5th Avenue, 16th Floor
>Portland, OR  97204

William A. Brewer, III, Michael J. Collins, and Farooq A. Tayab of Bickel and Brewer continue to represent Plaintiff FLIR Systems, Inc. in this matter.

DATED this 16th day of June, 2010.

>**HARRANG LONG GARY RUDNICK PC**
>
>By:  /s/ Susan D. Marmaduke
>Susan D. Marmaduke, OSB 841458
>susan.marmaduke@harrang.com
>Telephone:  (503) 242-0000
>Facsimile:  (503) 241-1458
>
>Of Attorneys for Plaintiff FLIR Systems, Inc.

We consent to the above substitution of counsel.

>**SCHWABE WILLIAMSON & WYATT, PC**
>
>By:  /s/ Christopher J. Lewis
>Christopher J. Lewis, OSB 003079
>
>By:  /s/ Devon Zastrow Newman
>Devon Zastrow Newman, OSB 014627

PAGE 2 – **NOTICE OF SUBSTITUTION OF COUNSEL**

# CERTIFICATE OF SERVICE

I certify that on June 16, 2010, I served or caused to be served a true and complete copy of the foregoing **NOTICE OF SUBSTITUTION OF COUNSEL** on the party or parties listed below as follows:

  _____ Via CM / ECF Filing

  _____ Via First Class Mail, Postage Prepaid

  _____ Via Email

  _____ Via Personal Delivery

Thomas L. Gambaro
Patent Enforcement Company
Motionless Keyboard Company
P.O. Box 14741
Portland, OR  97293

Defendants Pro Se

            **HARRANG LONG GARY RUDNICK P.C.**

            By: /s/ Susan D. Marmaduke
              Susan D. Marmaduke, OSB 841458
              susan.marmaduke@harrang.com
              Telephone:  (503) 242-0000
              Facsimile:  (503) 241-1458

              Of Attorneys for Plaintiff FLIR Systems, Inc.

P0209250.DOC;1

PAGE 1 – **CERTIFICATE OF SERVICE**