

**THOMAS L. GAMBARO**
P.O. Box 14741
Portland, Oregon 97293-0741
503-544-0589 mobile
thom.gambaro@gmail.com
Defendant for U.S. Patent No. 5,332,322

FILED '10 JUN 24 12:49 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FLIR SYSTEMS, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS L. GAMBARO, an individual; and U.S. Patent No. 5,332,322<br><br>Defendants. | Case No. CV 10-0231-BR<br><br>**DEFENDANT MOTION 07 TO ALLOW DEFENDANT THOMAS L. GAMBARO COUNTERCLAIMS FOR CV 10-0231-BR**<br><br>**DEMAND FOR JURY TRIAL** |

## DEFENDANT MOTION 07 TO ALLOW DEFENDANT THOMAS L. GAMBARO COUNTERCLAIMS FOR CV 10-0231-BR

During the initial proceeding in the United States District Court of the Honorable Anna J. Brown that occurred on June 23, 2010 beginning at 1:30 PM in Portland Oregon the FLIR motion to strike the answer of Thomas L Gambaro was considered and was approved because the Defendants including Motionless Keyboard Company answered without an attorney contrary to established statutes. Defendant Thomas L. Gambaro disagrees with the ruling because he was also named as a Defendant, as inventor and believes, his answers should have been considered by the Court.

Verbal agreements have been made with an attorney to represent Motionless Keyboard Company at the scheduled August 6, 2010 hearing to hear the answer of Motionless Keyboard Company by an attorney. Scheduling will be close since the attorney will be out of the country between July 12, 2010 and August 3, 2010.

Defendant Thomas L. Gambaro requests the relief to be granted to allow the DEFENDANT THOMAS L. GAMBARO AND U.S. PATENT NUMBER 5,332,322 COUNTERCLAIMS TO FLIR COMPLAINT filed with this motion be considered and answered by FLIR prior to the summary judgment of non-infringement by Motionless Keyboard Company of U.S. Patent No. 5,332,322 is ruled upon by the Court.

Respectfully submitted,

June 24, 2010        By: _____
Thomas L. Gambaro
PATENT ENFORCEMENT COMPANY
P.O. Box 14741
Portland, Oregon 97293-0741
Telephone: 503-544-0589
Email: thom.gambaro@gmail.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 24, 2010, a true copy of the foregoing **DEFENDANT THOMAS L. GAMBARO AND U.S. PATENT NUMBER 5,332,322 COUNTERCLAIMS TO FLIR COMPLAINT** was served to the following counsel by hand delivery, electronic filing via email with electronic signature.

**Susan D. Marmaduke**, OSB 841458
susan.marmaduke@harrang.com
**Sivhwa Go**, OSB 033252
hwa.go@harrang.com
HARRANG LONG GARY RUDNICK P.C.
1001 SW FIFTH AVENUE, 16TH FLOOR
PORTLAND, OREGON 97204
Telephone: 503-242-0000
Facsimile: 503-241-1458

**William A. Brewer III**, *Admitted Pro Hac Vice*
wab@bickelbrewer.com
**Michael J. Collins**, *Admitted Pro Hac Vice*
mjc@bickelbrewer.com
**Farooq A. Tayab**, *Admitted Pro Hac Vice*
fat@bickelbrewer.com
BICKEL & BREWER
4800 Commercial Bank Tower
1717 Main Street
Dallas, TX 75201-4612
Telephone: 214-653-4000
Fax: 214-653-1015

Attorneys for Plaintiff FLIR Systems, Inc.

Respectfully submitted,

June 24, 2010    By: _____
Thomas L. Gambaro
PATENT ENFORCEMENT COMPANY
P.O. Box 14741
Portland, Oregon 97293-0741
Telephone: 503-544-0589
Email: thom.gambaro@gmail.com