**THOMAS L. GAMBARO**
P.O. Box 14741
Portland, Oregon 97293-0741
503-544-0589 mobile
thom.gambaro@gmail.com
Defendant for **U.S. Patent No. 5,332,322**



# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| FLIR SYSTEMS, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS L. GAMBARO, an individual; and U.S. Patent No. 5,332,322<br><br>Defendants. | Case No. CV 10-0231-BR<br><br>**DEFENDANT<br>THOMAS L. GAMBARO AND<br>U.S. PATENT NUMBER 5,332,322<br>COUNTERCLAIMS TO FLIR<br>COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

## <u>COUNTERCLAIM</u>
## <u>DECLARATORY JUDGMENTS OF '322 PATENT INFRINGEMENT</u>

A.   U.S. Patent Number 5,332,322 titled "ERGONOMIC THUMB-ACTUABLE KEYBOARD FOR A HAND GRIPPABLE DEVICE", Claim One through Claim Three, and Claim Five are infringed by FLIR Systems Inc. with <u>nine</u> FLIR Accused Devices that include the FLIR i5 Thermal Imaging Camera, FLIR i7 Thermal Imaging Camera, FLIR b-40 Thermal Imaging Camera, FLIR b-50 Thermal Imaging Camera, FLIR b-60 Thermal Imaging Camera, FLIR i-40 Thermal Imaging Camera, FLIR i-50 Thermal Imaging Camera, FLIR i-60 Thermal Imaging Camera and <u>FLIR infra CAM SD.</u>

B.  Each of the FLIR Accused Devices that are the i5, i7, b-40, b-50, b-60, i-40, i-50, I-60, <u>and infra CAM SD</u> contain each and every element of U.S. Patent Number 5,332,322 Claim 1-3 and 5.

C.  Each of the FLIR Accused Devices that are the i5, i7, b-40, b-50, b-60, i-40, i-50, I-60, <u>and infra CAM SD</u> contain <u>the equivalent of</u> each and every element of U.S. Patent Number 5,332,322 Claim 1-3 and 5.

D.  Each FLIR____ Accused Device below are to be individually examined (i5, then i7 et al.) in turn for each of the following elements for each Accused Device individually:

1.  The FLIR __ Accused Device is a hand-held device?

2.  The FLIR __ Accused Device contains an electronic system?

3.  The FLIR __ Accused Device contains a keyboard?

4.  The FLIR __ Accused Device has a keyboard capable of entering information?

5.  The FLIR __ Accused Device has an electronic system controlled by a keyboard?

6.  The FLIR __ Accused Device is a hand-held device to make a keyboard entry?

7.  The FLIR __ Accused Device is a hand-held device with a housing?

8.  The FLIR __ Accused Device has a housing that contains an electronic system?

9.  The FLIR __ Accused Device has a housing with a grippable portion?

10. The FLIR __ Accused Device is a device that can he held in one hand?

11. The FLIR __ Accused Device is a device held in one hand with the thumb free?

12. The FLIR __ Accused Device allows the thumb to be free to move?

13. The FLIR __ Accused Device lets the thumb move to predetermined positions?

14. The FLIR __ Accused Device lets the thumb move when the device is held?

15. The FLIR __ Accused Device has a housing that contains a concavity?

16. The FLIR __ Accused Device has a housing that contains a concave area?

17. The FLIR __ Accused Device has a concavity at the key-actuation positions?

18. The FLIR __ Accused Device has a thumb-associable cluster of keys?

19. The FLIR __ Accused Device has three or more keys forming a keyboard?

20. The FLIR __ Accused Device has a keyboard in a concavity?

21. The FLIR __ Accused Device has a plurality of keys in a cluster of at least three?

22. The FLIR __ Accused Device allows the thumb to selectively actuate keys?

23. The FLIR __ Accused Device allows the thumb to move from side to side?

24. The FLIR __ Accused Device allows the thumb to make lateral movements?

25. The FLIR __ Accused Device allows the thumb to move up and down?

26. The FLIR __ Accused Device allows the thumb to make endo movements?

27. The FLIR __ Accused Device allows the thumb to move lateral and endo?

28. The FLIR __ Accused Device allows the thumb to select and actuate keys?

29. The FLIR __ Accused Device allows the thumb to make combined movements?

30. The FLIR __ Accused Device allows the thumb to move inside a concavity?

31. The FLIR __ Accused Device lets the thumb move inside concave areas?

32. The FLIR __ Accused Device allows keys to activate to enter information?

33. The FLIR __ Accused Device allows information to enter an electronic system?

34. The FLIR __ Accused Device lets information remain in an electronic system?

35. The FLIR __ Accused Device allows information to be deleted from the system?

36. The FLIR __ Accused Device allows the thumb to move in a cone of motion?

37. The FLIR __ Accused Device lets the thumb grip at the base of the thumb?

38. The FLIR __ Accused Device lets the thumb grip at the thenar eminence?

39. The FLIR __ Accused Device allows the thumb to be selectively movable?

40. The FLIR __ Accused Device has selectively actuation angular offset keys?

41. The FLIR __ Accused Device has angularly offset keys selective by a thumb?

42. The FLIR __ Accused Device lets the thumb activate offset keys with lateral?

43. The FLIR __ Accused Device lets the thumb activate offset keys with endo?

44. The FLIR __ Accused Device lets a thumb move to activate offset keys lateral?

45. The FLIR __ Accused Device lets a thumb move to activate offset keys endo?

46. The FLIR __ Accused Device lets combined movements activate offset keys?

47. The FLIR __ Accused Device has angularly offset keys to enter data in a system?

48. The FLIR __ Accused Device has offset keys connected to an electronic system?

49. The FLIR __ Accused Device has clusters of offset keys in the system?

50. The FLIR __ Accused Device has a keyboard with a angular offset key system?

51. The FLIR developed US Patent No. 5,332,322 technology independent of '322?

52. The FLIR developed US Patent No. 5,332,322 technology dependent of '322?

53. The FLIR design team developed U.S. Patent No. 5,332,322 technology?

54. The FLIR engineering team developed U.S. Patent No. 5,332,322 technology?

55. The FLIR marketing team sold U.S. Patent No. 5,332,322 technology?

56. The FLIR marketing team advertised U.S. Patent No. 5,332,322 technology?

57. The FLIR Systems Inc. has infringed U.S. Patent No. 5,332,322 technology?

## DAMAGES TO BE DETERMINED BY JURY

B.    The Court enter judgment against the Plaintiff on patent infringements of each and every FLIR Accused Device for infringement of the '322 Patent including attorney fees and costs.

## PRAYER FOR RELIEF

C.    The Court enter judgment against Plaintiff on and dismiss with prejudice, each claim of the COMPLAINT FOR DECLARATORY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY OF PATENT in favor of the Defendant.

## DECLARATORY JUDGMENTS FOR INFRINGEMENT DAMAGES

A.    Damages for infringement of U.S. Patent Number 5,332,322 titled "ERGONOMIC THUMB-ACTUABLE KEYBOARD FOR A HAND GRIPPABLE DEVICE" based on the sales of FLIR Accused Devices that are disclosed during discovery for the i5, i7, b-40, b-50, b-60, i-40, i-50, I-60, and infra CAM SD contain each and every element of U.S. Patent Number 5,332,322 Claim One through Claim Three and Claim Five.

## JURY DEMAND

B.    The Defendant THOMAS L. GAMBARO, US Patent No. 5,332,322 and PATENT ENFORCEMENT COMPANY demands a trial by jury.

Respectfully submitted,

June 24, 2010      By: _____
Thomas L. Gambaro
PATENT ENFORCEMENT COMPANY
P.O. Box 14741
Portland, Oregon 97293-0741
Telephone: 503-544-0589
Email: thom.gambaro@gmail.com

**DEFENDANT THOMAS L. GAMBARO AND U.S. PATENT NUMBER 5,332,322**
**COUNTERCLAIMS TO FLIR COMPLAINT**                   **Page 6 of 7**

## CERTIFICATE OF SERVICE

     The undersigned hereby certifies that on June 24, 2010, a true copy of the foregoing **DEFENDANT THOMAS L. GAMBARO AND U.S. PATENT NUMBER 5,332,322 COUNTERCLAIMS TO FLIR COMPLAINT** was served to the following counsel by hand delivery, electronic filing via email with electronic signature.

**Susan D. Marmaduke**, OSB 841458
susan.marmaduke@harrang.com
**Sivhwa Go**, OSB 033252
hwa.go@harrang.com
HARRANG LONG GARY RUDNICK P.C.
1001 SW FIFTH AVENUE, 16TH FLOOR
PORTLAND, OREGON 97204
Telephone: 503-242-0000
Facsimile: 503-241-1458

**William A. Brewer III**, *Admitted Pro Hac Vice*
wab@bickelbrewer.com
**Michael J. Collins**, *Admitted Pro Hac Vice*
mjc@bickelbrewer.com
**Farooq A. Tayab**, *Admitted Pro Hac Vice*
fat@bickelbrewer.com
BICKEL & BREWER
4800 Commercial Bank Tower
1717 Main Street
Dallas, TX 75201-4612
Telephone: 214-653-4000
Fax: 214-653-1015

Attorneys for Plaintiff FLIR Systems, Inc.

Respectfully submitted,

June 24, 2010    By: _____
Thomas L. Gambaro
PATENT ENFORCEMENT COMPANY
P.O. Box 14741
Portland, Oregon 97293-0741
Telephone: 503-544-0589
Email: thom.gambaro@gmail.com