

FILED'10 JUL 26 9 50USDC-ORP

THOMAS L. GAMBARO
P.O. Box 14741
Portland, Oregon 97293-0741
503-544-0589 mobile
thom.gambaro@gmail.com
Defendant for **U.S. Patent No. 5,332,322**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FLIR SYSTEMS, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS L. GAMBARO, an individual; PATENT ENFORCEMENT COMPANY<br><br>Defendants. | Case No. CV 10-0231-BR<br><br>**DEFENDANT MOTION 11 FOR COURT ORDER TO GRANT UNSEALING OF PROTECTIVE ORDER DOCUMENTS**<br><br>**DEMAND FOR JURY TRIAL** |

### DEFENDANT MOTION 11 FOR COURT ORDER TO GRANT UNSEALING OF PROTECTIVE ORDER DOCUMENTS

The Defendant Motion 09 was improperly formatted to conform to FRCP for a grantable motion and Defendant Motion 11 herein requests part of the previous Defendant Motion 09 and Defendant Motion 12 will address other issues mentioned in Defendant Motion 09 that was incorrectly formatted. The relief requested in this Defendant Motion 11 is that the Court order previous Protective Order documents to be unsealed from the Motionless Keyboard Company v Microsoft Corporation et al case to allow access of previously designated "OUTSIDE COUNSEL ONLY" material to Defendant Thomas L Gambaro as some materials therein may relate to the current case.

**DEFENDANT MOTION 11 FOR COURT ORDER TO GRANT UNSEALING OF PROTECTIVE ORDER DOCUMENTS**            **Page 1 of 3**

During the MKC v. Microsoft case all documents produced for discovery were designated "OUTSIDE COUNSEL ONLY" and these included Motionless Keyboard records for product development patenting and financial records. These are recorded on ten or more CD formatted legal records. There is also documents of work product of Defendant Thomas L. Gambaro done as the inventor for the Motionless Keyboard Company case in progress now closed. Some of these work product documents may be related to the current case with FLIR, if the seal can be lifted to allow access.

Conference conversations with FLIR counsel have established the FLIR legal position on the issue of unsealing the MKC v. Microsoft case documents that was forwarded in a July 23, 2010 email from Susan Marmaduke to be:

**FLIR takes no position on your effort to unseal Judge Aiken's order in the Microsoft case.**

The original Motionless Keyboard Company files are in part now in the sealed "OUTSIDE COUNSEL ONLY" file in the custody of James Buchal of Murphy and Buchal LLP because he represented Motionless Keyboard Company in the Microsoft case and the originals were lost during a garage fire in May 2007 and the "OUTSIDE COUNSEL ONLY" file is one of the last remaining records of Motionless Keyboard Company early developments. The Defendant Thomas L. Gambaro requests the Court issue an order to unseal the "OUTSIDE COUNSEL ONLY" from the Judge Aiken case to Thomas L. Gambaro for preparation of the defenses in this case and corporate uses.

Respectfully submitted,

July 26, 2010    By: _____
Thomas L. Gambaro
PATENT ENFORCEMENT COMPANY
P.O. Box 14741
Portland, Oregon 97293-0741
Telephone: 503-544-0589
Email: thom.gambaro@gmail.com

### CERTIFICATE OF SERVICE

**DEFENDANT MOTION 11 FOR COURT ORDER TO GRANT UNSEALING OF PROTECTIVE ORDER DOCUMENTS**                                    **Page 2 of 3**

The undersigned hereby certifies that on July 26, 2010, a true copy of the foregoing **DEFENDANT MOTION 11 FOR COURT ORDER TO GRANT UNSEALING OF PROTECTIVE ORDER DOCUMENTS** was served to the following counsel by hand delivery, electronic filing via email with electronic signature.

**Susan D. Marmaduke**, OSB 841458
susan.marmaduke@harrang.com
**Sivhwa Go**, OSB 033252
hwa.go@harrang.com
HARRANG LONG GARY RUDNICK P.C.
1001 SW FIFTH AVENUE, 16TH FLOOR
PORTLAND, OREGON 97204
Telephone: 503-242-0000
Facsimile: 503-241-1458

**William A. Brewer III**, *Admitted Pro Hac Vice*
wab@bickelbrewer.com
**Michael J. Collins**, *Admitted Pro Hac Vice*
mjc@bickelbrewer.com
**Farooq A. Tayab**, *Admitted Pro Hac Vice*
fat@bickelbrewer.com
BICKEL & BREWER
4800 Commercial Bank Tower
1717 Main Street
Dallas, TX 75201-4612
Telephone: 214-653-4000
Fax: 214-653-1015

Attorneys for Plaintiff FLIR Systems, Inc.

Respectfully submitted,

July 26, 2010        By: _____
Thomas L. Gambaro
PATENT ENFORCEMENT COMPANY
P.O. Box 14741
Portland, Oregon 97293-0741
Telephone: 503-544-0589
Email: thom.gambaro@gmail.com