James L. Buchal, OSB #921618
jbuchal@mbllp.com
MURPHY & BUCHAL LLP
2000 S.W. First Avenue, Suite 420
Portland, OR  97201
Tel:    503-227-1011
Fax:    503-227-1034
*Attorney for Defendant,*
*Motionless Keyboard Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FLIR SYSTEMS, INC., an Oregon corporation<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>THOMAS L. GAMBARO, an individual; MOTIONLESS KEYBOARD COMPANY, an Oregon corporation,<br><br>　　　　　Defendants. | Case No. CV 10-0231-BR<br><br>**NOTICE OF APPEARANCE** |

　　　　Please take notice that James L. Buchal and the law firm of Murphy & Buchal LLP, hereby give this notice of appearance in the above-entitled action to serve as counsel for Motionless Keyboard Company.  Please add Mr. Buchal to the electronic service list for service of all pleadings, correspondence, and other communications regarding this matter.

Page 1-   NOTICE OF APPEARANCE

DATED: August 12, 2010.

                                  **MURPHY & BUCHAL LLP**

                                  *s/ James L. Buchal*
                                  **James L. Buchal**, OSB #921618
                                  Tel: 503-227-1011
                                  Fax: 503-227-1034
                                  jbuchal@mbllp.com
                                  *Attorney for Defendant,*
                                  *Motionless Keyboard Company*

Page 2-  NOTICE OF APPEARANCE

## CERTIFICATE OF SERVICE

I certify that on August 12, 2010, the foregoing Notice of Appearance will be electronically filed with the Court's electronic court filing system, which will generate automatic service upon all parties enrolled to receive such notice. The following will be manually served by first class U.S. mail:

Thomas L. Gambaro
P.O. Box 14741
Portland, OR  97293

                                                                        _s/ Carole A. Caldwell_

Case 3:10-cv-00231-BR    Document 73    Filed 08/12/10    Page 3 of 3    Page ID#: 747