IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **FLIR SYSTEMS, INC.,** | 10-CV-231-BR |
| Plaintiff, | |
| v. | ORDER and NOTICE OF MOTION TO UNSEAL PROTECTIVE ORDER IN MOTIONLESS KEYBOARD V. MICROSOFT, 04-CV-180-AA |
| **MOTIONLESS KEYBOARD COMPANY,** an Oregon corporation; and **THOMAS L. GAMBARO,** an individual, | |
| Defendants. | |

**FAROOQ A. TAYAB**
**MICHAEL J. COLLINS**
**WILLIAM A. BREWER**
Bickel and Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, TX 75201
(214) 653-4000

1 - ORDER AND NOTICE

**SUSAN D. MARMADUKE**
Harrang Long Gary Rudnick, PC
1001 S.W. Fifth Avenue, Suite 1650
Portland, OR 97204-1116
(503) 242-0000

    Attorneys for Plaintiff

**THOMAS L. GAMBARO**
P.O. Box 14741
Portland, OR 97293
(503) 544-0589

    Defendant *Pro Se*

**JAMES L. BUCHAL**
Murphy & Buchal, LLP
2000 S.W. First Avenue, Suite 320
Portland, OR 97201
(503) 227-1011, ext. 2

    Attorneys for Defendant Motionless Keyboard Company

**TO:**

    **MICROSOFT CORPORATION**
    **John W. Thornburgh**
    Fish & Richardson
    12390 El Camino Real
    San Diego, CA 92130
    (858) 678-5070

    **Stephen P. McGrath**
    One Microsoft Way, Building 8
    Redmond, WA 98052
    (425) 882-8080


    **NOKIA INC.**
    **Daniel T. Conrad**
    **Keith B. Davis**
    **Kenneth R. Adamo**
    **Michael J. Newton**
    Jones Day
    2727 North Harwood
    Dallas, TX 75201
    (214) 969-2963

2 - ORDER AND NOTICE

**Christopher J. Lewis**
Schwabe Williamson & Wyatt, PC
1600-1900 Pacwest Center
1211 S.W. Fifth Avenue
Portland, OR 97204
(503) 796-2456

**SAITEK INDUSTRIES LTD.**
**Christopher L. Garrett**
**Robert L. Aldisert**
**Paul T. Fortino**
Perkins Coie, LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR 97209-4128
(503) 727-2078

**Joseph W. Price**
Snell & Wilmer LLP
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626-7689
714-427-7000


Please take notice that in the above-captioned matter, Defendant Thomas L. Gambaro has filed a Motion (#66) for Court Order to Grant Unsealing of Protective Order Documents. A copy of the Motion is attached to this Notice as Exhibit 1. In his Motion, Defendant requests this Court to issue an order to unseal documents that are subject to a protective order issued by Chief Judge Ann L. Aiken in the matter of *Motionless Keyboard Company v. Microsoft*, 04-CV-180-AA. Because Defendant's Motion potentially affects the above-named non-parties to this matter that were parties in case number 04-CV-180-AA, the Court directs the Clerk to send a copy of this Notice and the attached copy of Defendant's Motion (#66) to each of the above-named non-parties.

3 - ORDER AND NOTICE

The Court hereby gives notice to each of the above-named non-parties that each of them has the opportunity to provide written objections to Defendant's Motion by filing same in this action, with copies served on all parties to this action, **no later than October 29, 2010**.  Defendant Gambaro's Reply to any such objections is due **no later than NOON, November 12, 2010**.  The Court will hear argument on Defendant's Motion on November 19, 2010, at 9:00 a.m. in Courtroom 14A of the Mark O. Hatfield United States Courthouse.  Any non-party to this action who has filed an objection to Defendant's Motion may be heard at that time.

IT IS SO ORDERED.

DATED this 9th day of September, 2010.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District

4 - ORDER AND NOTICE