# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

# CIVIL MINUTES

Case No.  **CV 10-231-BR**                                    Date of Proceeding: **September 7, 2010**

Case Title:  **FLIR Systems, Inc. v Gambaro, et al**

Presiding Judge: **Anna J. Brown**                          Courtroom Deputy: **Bonnie Boyer**

Reporter:

| **PLAINTIFF'S COUNSEL** | **DEFENDANT'S COUNSEL** |
|---|---|
| Susan Marmaduke, Michael Collins, Farooq Tayab | Thomas E. Gambaro, Pro Se<br>James Buchal-Motionless Keyboard Co. |

**DOCKET ENTRY:** Minutes of Proceeding

**RECORD OF**: The Court set the following briefing and oral argument schedule:

    Defendant Motionless Keyboard Company's (MKC) Motion to Dismiss **due 9/17/10**
        **Separate** Response due 10/15/10
        **Separate** Reply due 10/29/10

    Plaintiff FLIR's Motion for Partial SJ (**only** as to whether claim construction ruling in Motionless Keyboard Company v. Microsoft, 04-CV-180-AA, are binding on Defendants in this matter) **due 9/17/10**
        **Separate** Response due 10/15/10
        **Separate** Reply due 10/29/10

    Defendant Gambaro's Cross-Motion for Partial SJ**, (if any and only** regarding claim construction rulings in Motionless Keyboard Company v. Microsoft, 04-CV-180-AA, Defendant Gambaro wishes to assert against FLIR) **due 10/15/10**
        **Separate** Response due 10/29/10
        **Separate** Reply due 11/12/10 - **NOON**

    Defendant Gambaro's Motion (#66) for Court Order to Grant Unsealing of Protective Order Documents - the Court will issue a separate order to notify parties in Motionless Keyboard Company v. Microsoft, 04-CV-180-AA, of their opportunity to object and to be heard on the Defendant's Motion (#66).

cc:  (  )  All counsel                                                            DOCUMENT NO: _____

**Civil Minutes**
**Hon. Anna J. Brown**                                                                (CV10-231 FLIR.wpd)

Oral argument on all of the above motions will be heard on **11/19/10 at 9:00 am.**

*Pro se* Defendant Gambaro is reminded he must comply with all local and federal rules with respect to his filings in this matter. **Summary Judgment Notice mailed to Defendant, Gambaro on 6/28/10.**

All discovery is stayed pending resolution of Defendant MKC's motion to dismiss, Plaintiff's motion for partial summary judgment, and any cross-motion for summary judgment by Defendant Gambaro. To the extent any parties determine limited discovery is necessary to respond to the above-scheduled motions and the parties cannot agree regarding appropriate disclosures, the parties have leave to file a motion with the Court for that limited discovery.

Plaintiff FLIR's Motion (#71) for Protective Order is **DENIED as moot**. Plaintiff has leave to renew the motion after the Court has resolved the above-scheduled Motions.

cc:  ( )  All counsel                                                                     DOCUMENT NO: _____

**Civil Minutes**
**Hon. Anna J. Brown**                                                                    (CV10-231 FLIR.wpd)