James L. Buchal, OSB #921618
jbuchal@mbllp.com
MURPHY & BUCHAL LLP
2000 S.W. First Avenue, Suite 420
Portland, OR  97201
Tel:   503-227-1011
Fax:   503-227-1034
*Attorney for Defendant,*
*Motionless Keyboard Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FLIR SYSTEMS, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS L. GAMBARO, an individual; MOTIONLESS KEYBOARD COMPANY, an Oregon corporation,<br><br>Defendants. | Case No. CV 10-0231-BR<br><br>**MOTIONLESS KEYBOARD COMPANY'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** |

Pursuant to Rule 12, or in the alternative, Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56-1, defendant Motionless Keyboard Company (MKC) hereby moves to dismiss, or, in the alternative, for summary judgment.  This motion is supported by the accompanying Memorandum in Support, Concise Statement of Material Facts, Declaration of James L. Buchal, and the Declaration of Thomas L. Gambaro.

Page 1-  MOTIONLESS KEYBOARD COMPANY'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

DATED:  September 17, 2010.

            **MURPHY & BUCHAL LLP**

            *s/ James L. Buchal*
            **James L. Buchal**, OSB #921618
            Tel:  503-227-1011
            Fax:  503-227-1034
            jbuchal@mbllp.com
            *Attorney for Defendant,*
            *Motionless Keyboard Company*

Case 3:10-cv-00231-BR    Document 82    Filed 09/17/10    Page 2 of 3    Page ID#: 888

## CERTIFICATE OF SERVICE

I certify that on September 17, 2010, the foregoing Motionless Keyboard Company's Motion to Dismiss, or, in the Alternative, for Summary Judgment will be electronically filed with the Court's electronic court filing system, which will generate automatic service upon all parties enrolled to receive such notice. The following will be manually served by first class U.S. mail:

Thomas L. Gambaro
P.O. Box 14741
Portland, OR  97293

*s/ Carole A. Caldwell*

Page 3-  MOTIONLESS KEYBOARD COMPANY'S MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT