**Susan D. Marmaduke**, OSB 841458
E-mail: susan.marmaduke@harrang.com
**Sivhwa Go**, OSB 033252
E-mail: hwa.go@harrang.com
HARRANG LONG GARY RUDNICK P.C.
1001 S.W. Fifth Avenue, 16th Floor
Portland, OR 97204
Telephone: (503) 242-0000
Facsimile: (503) 241-1458

**William A. Brewer, III**, *Admitted Pro Hac Vice*
E-mail: wab@bickelbrewer.com
**Michael J. Collins**, *Admitted Pro Hac Vice*
E-mail: mjc@bickelbrewer.com
**Farooq A. Tayab**, *Admitted Pro Hac Vice*
E-mail: fat@bickelbrewer.com
BICKEL & BREWER
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas 75201-4612
Telephone: (214) 653-4000
Facsimile: (214) 653-1015
        Attorneys for Plaintiff FLIR Systems, Inc.

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| FLIR SYSTEMS, INC., an Oregon corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>THOMAS L. GAMBARO, an individual d/b/a PATENT ENFORCEMENT COMPANY; MOTIONLESS KEYBOARD COMPANY, an Oregon corporation.<br><br>        Defendants. | Civil No.: 3:10-cv-00231-BR<br><br>**DECLARATION OF FAROOQ A. TAYAB IN SUPPORT OF PLAINTIFF'S CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** |

PAGE 1 -    **DECLARATION OF FAROOQ A. TAYAB IN SUPPORT OF PLAINTIFF'S CONCISE STATEMENT OF MATERIAL FACTS**

I, FAROOQ A. TAYAB, hereby declare as follows:

1.    I am an attorney at Bickel & Brewer, which is counsel for Plaintiff FLIR Systems, Inc. ("FLIR") in the above-captioned action.  I am one of the attorneys primarily responsible for the representation of FLIR in this action.  All statements in this declaration are within my personal knowledge and I make this declaration in support of FLIR's Concise Statement of Material Facts in Support of Plaintiff's Motion for Partial Summary Judgment.

2.    A true and correct copy of an email and its attachment from Thom Gambaro to William Brewer III, dated June 22, 2010, is attached hereto as Exhibit 1 ("Gambaro Email to Brewer").  Mr. Gambaro also copied me on this email.

3.    I declare under penalty of perjury that the foregoing is true and correct. Executed on this ___16___ day of September, 2010 in Dallas, Texas.

By: _____
        FAROOQ A. TAYAB

*Harrang Long Gary Rudnick P.C.
1001 SW Fifth Ave., 16th Floor
Portland, OR 97204
Telephone: (503) 242-0000
Facsimile: (503) 241-1458*

| | |
|---|---|
| **From:** | Thom Gambaro <thom.gambaro@gmail.com> |
| **To:** | <wab@bickelbrewer.com> |
| **CC:** | Farooq Tayab <FAT@bickelbrewer.com>, Bill Powell <Bill.Powell@flir.com>,... |
| **Date:** | 6/22/2010 3:29 AM |
| **Subject:** | Revised assignment |
| **Attachments:** | USPTO Assignments on the Web.pdf; Part.002 |

Mr. Brewer.

Attached is the PTO assignment of U.S. Patent No. 5,332,322 revised to
be assigned to PATENT ENFORCEMENT COMPANY from MOTIONLESS KEYBOARD
COMPANY. I trust this handles your concerns on the actual party in
this case that is now PATENT ENFORCEMENT COMPANY.

This should also clarify that the party in this case is no longer
MOTIONLESS KEYBOARD COMPANY.

Best,

Thom L Gambaro
PATENT ENFORCEMENT COMPANY
P O. Box 14741
Portland, OR 97293-0741
503-544-0589 mobile


--- Scanned by eMail Protection Services
http://www.harding-group.com/eps.html ---

**Exhibit 1**
**Page 1 of 2**

 

of a Patent and Trademark Office

## Assignments on the Web > Patent Query

# Patent Assignment Assignee Details
### NOTE:Results display only for issued patents and published applications. For pending or abandoned applications please consult USPTO staff.

**Assignee Name : PATENT ENFORCEMENT COMPANY**

**Total Assignments: 2**

**Assignment: 1**

| | |
|---|---|
| **Reel/Frame:** 024305/0597 | **Pages:** 2 |

**Recorded:** 03/31/2010

**Conveyance:** ASSIGNMENT OF ASSIGNORS INTEREST (SEE DOCUMENT FOR DETAILS).

**Assignor**

1   GAMBARO, THOMAS L.                                   **Exec Dt:** 03/31/2010

**Assignee**

1   PATENT ENFORCEMENT COMPANY
    P O  BOX 14741
    PORTLAND, OREGON 97293-0741

**Property**

| Pat # | Pub # | App # |
|---|---|---|
| 5332322 | NONE | 08003118 |

**Correspondence name and address**

THOM L  GAMBARO/PATENT ENFORCEMENT CO.
P O  BOX 14741
PORTLAND, OR 97293-0741

**Assignment: 2**

| | |
|---|---|
| **Reel/Frame:** 024539/0876 | **Pages:** 3 |

**Recorded:** 06/16/2010

**Conveyance:** CORRECTIVE ASSIGNMENT TO CORRECT THE THE ASSIGNOR PREVIOUSLY RECORDED ON REEL 024305 FRAME 0597. ASSIGNOR(S) HEREBY CONFIRMS THE AN ASSIGNMENT.

**Assignor**

1   MOTIONLESS KEYBOARD COMPANY                          **Exec Dt:** 03/31/2010

**Assignee**

1   PATENT ENFORCEMENT COMPANY
    P O  BOX 14741
    PORTLAND, OREGON 97293-0741

**Property**

| Pat # | Pub # | App # |
|---|---|---|
| 5332322 | NONE | 08003118 |

**Correspondence name and address**

MOTIONLESS KEYBOARD COMPANY
P O  BOX 14741
PORTLAND, OR 97293-0741

Search Results as of: 06/22/2010 03:53 AM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web interface last modified: October 18, 2008 v.2.0.2

| HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

**Exhibit 1**
**Page 2 of 2**

## CERTIFICATE OF SERVICE

I certify that on September 17, 2010, I served or caused to be served a true and complete copy of the foregoing **DECLARATION OF FAROOQ A. TAYAB IN SUPPORT OF PLAINTIFF'S CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT** on the party or parties listed below as follows:

_____    Via CM / ECF Filing

___✓___    Via First Class Mail, Postage Prepaid

_____    Via Email

_____    Via Personal Delivery

Thomas L. Gambaro
individually and dba
Patent Enforcement Company
and Motionless Keyboard Company
P.O. Box 14741
Portland, OR 97293

Defendants *Pro Se*

James M. Buchal, Esq.
Murphy & Buchal
2000 SW 1st Avenue, Suite 420
Portland, OR 97201

Counsel for Defendant Motionless
Keyboard Company

HARRANG LONG GARY RUDNICK P.C.

By: ___/s/ Susan D. Marmaduke___
Susan D. Marmaduke, OSB 841458
susan.marmaduke@harrang.com
Telephone: (503) 242-0000
Facsimile: (503) 241-1458

Of Attorneys for Plaintiff FLIR Systems,
Inc.

P0214743.DOC;1

PAGE 1 -    **CERTIFICATE OF SERVICE**

*Harrang Long Gary Rudnick P.C.*
*1001 SW Fifth Ave., 16th Floor*
*Portland, OR 97204*
*Telephone: (503) 242-0000*
*Facsimile: (503) 241-1458*