James L. Buchal, OSB #921618
jbuchal@mbllp.com
MURPHY & BUCHAL LLP
2000 S.W. First Avenue, Suite 420
Portland, OR  97201
Tel:    503-227-1011
Fax:    503-227-1034
*Attorney for Defendant,*
*Motionless Keyboard Company*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| FLIR SYSTEMS, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS L. GAMBARO, an individual; MOTIONLESS KEYBOARD COMPANY, an Oregon corporation,<br><br>Defendants. | Case No. CV 10-0231-BR<br><br>**DEFENDANT MOTIONLESS KEYBOARD COMPANY'S CONCISE STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT** |

Pursuant to LR 56.1(a)(2), defendant Motionless Keyboard Company (MKC) submits the following concise statement of material facts in support of its motion to dismiss, or, in the alternative, for summary judgment:

1.      MKC was at all relevant times a dissolved corporation.  (Buchal Decl. ¶ 3 & Ex. 1; Gambaro Decl. ¶ 2.)

2.      MKC at no relevant time held the '322 patent at issue in this action. (Gambaro Decl. ¶ 2; *see* Buchal Decl. ¶ 4 & Ex.3.)

3.      MKC has no assets, and Mr. Gambaro was the only recipient of assets in

Page 1-   DEFENDANT MOTIONLESS KEYBOARD COMPANY'S CONCISE
          STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION TO
          DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

its dissolution.  (Gambaro Decl. ¶ 4.)

DATED:  September 17, 2010.

**MURPHY & BUCHAL LLP**

*s/ James L. Buchal*
**James L. Buchal**, OSB #921618
Tel:  503-227-1011
Fax:  503-227-1034
jbuchal@mbllp.com
*Attorney for Defendant,*
*Motionless Keyboard Company*

Page 2- DEFENDANT MOTIONLESS KEYBOARD COMPANY'S CONCISE
STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION TO
DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

## CERTIFICATE OF SERVICE

I certify that on September 20, 2010, the foregoing Defendant Motionless Keyboard Company's Concise Statement of Material Facts in Support of Motion to Dismiss, or, in the Alternative, for Summary Judgment will be electronically filed with the Court's electronic court filing system, which will generate automatic service upon all parties enrolled to receive such notice. The following will be manually served by first class U.S. mail:

Thomas L. Gambaro
P.O. Box 14741
Portland, OR  97293


                                        *s/ Carole A. Caldwell*

Page 3-   DEFENDANT MOTIONLESS KEYBOARD COMPANY'S CONCISE
          STATEMENT OF MATERIAL FACTS IN SUPPORT OF MOTION TO
          DISMISS, OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT