

Thomas L. Gambaro
Email: thom.gambaro@gmail.com
P.O. Box 14741
Portland, Oregon 97293-0741
Telephone: 503-544-0589

FILED '10 SEP 29 14:03 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FLIR SYSTEMS, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS L. GAMBARO, an individual; and MOTIONLESS KEYBOARD COMPANY, an Oregon corporation<br><br>Defendants. | Case No. CV 10-0231-BR<br><br>**DEFENDANT PRO SE MOTION FOR EXTENSION OF TIME**<br><br>**DEMAND FOR JURY TRIAL** |

### DEFENDANT PRO SE MOTION FOR EXTENSION OF TIME

Pursuant to Rule 6 (b)(1)(A)(B) the Defendant Pro Se respectfully requests the court grant an extension of time for filing the complete reply to the FLIR Motion for Partial Summary Judgment to be October 15, 2010 or the date currently specified for the Defendant Cross Motion for Summary Judgment extended to November 19, 2010. The motion to extend time is supported by the Declaration of Thomas L. Gambaro in support of motions relating to Partial Summary Judgment.

Dated: September 29, 2010　　　　Respectfully submitted,

By: _____*Thomas L Gambaro*_____
Thomas L. Gambaro
Email: thom.gambaro@gmail.com
P.O. Box 14741
Portland, Oregon 97293-0741
Telephone: 503-544-0589

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on September 29, 2010, a true copy of the foregoing **DEFENDANT PRO SE MOTION FOR EXTENSION OF TIME** was served to the following counsel by hand delivery, electronic filing via e-mail with electronic signature and first class mail:

**James L. Buchal**, OSB 921618
jlbuchal@mbllp.com
**Murphy & Buchal LLP**
2000 SW First Avenue, Suite 420
Portland, OR 97201
Tel: 503-227-1011x3
Fax: 503-227-1034      Attorney for Defendant Motionless Keyboard Company

**Susan D. Marmaduke**, OSB 841458
susan.marmaduke@harrang.com
**Sivhwa Go**, OSB 033252
hwa.go@harrang.com
**HARRANG LONG GARY RUDNICK P.C.**
1001 SW FIFTH AVENUE, 16TH FLOOR
PORTLAND, OREGON 97204
Telephone: 503-242-0000
Facsimile: 503-241-1458

**William A. Brewer III**, *Admitted Pro Hac Vice*
wab@bickelbrewer.com
**Michael J. Collins**, *Admitted Pro Hac Vice*
mjc@bickelbrewer.com
**Farooq A. Tayab**, *Admitted Pro Hac Vice*
fat@bickelbrewer.com
**BICKEL & BREWER**
4800 Commercial Bank Tower
1717 Main Street
Dallas, TX 75201-4612
Telephone: 214-653-4000
Fax: 214-653-1015      Attorneys for Plaintiff FLIR Systems, Inc.

Respectfully submitted,

September 29, 2010   By: _____
Thomas L. Gambaro
P.O. Box 14741
Portland, Oregon 97293-0741
Telephone: 503-544-0589
Email: thom.gambaro@gmail.com