Thomas L. Gambaro
Email: thom.gambaro@gmail.com
P.O. Box 14741
Portland, Oregon 97293-0741
Telephone: 503-544-0589


FILED'10 SEP 29 14:04USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FLIR SYSTEMS, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS L. GAMBARO, an individual; and MOTIONLESS KEYBOARD COMPANY, an Oregon corporation<br><br>Defendants. | Case No. CV 10-0231-BR<br><br>**MOTION FOR RECONSIDERATION OF RULE 37 (a)(1) COMPELLING FLIR DISCOVERY**<br><br>**DEMAND FOR JURY TRIAL** |

### DEFENDANT PRO SE MOTION FOR EXTENSION OF TIME

Pursuant to Rule 37 (a)(1) the Defendant Pro Se respectfully requests the court issue an order to compel partial discovery specifically the previously denied by Plaintiff FLIR specified as the "Assembly CAD files for the Accused Products" that Defendant Pro Se requires to present a complete defense and in the Defendant Cross Motion for Partial Summary Judgment. Pursuant to Local Rule 7-1 there have been numerous meetings and conferences resulting in consistent denials for discovery for defense.

This motion is supported by the Declaration of Thomas L. Gambaro in support of the motions relating to Partial Summary Judgment. This request is made in the interest of justice to bring balance to the issues relating to the facts relating to the claim construction at issue from the *Motionless Keyboard Company v. Microsoft Corporation et al* case.

Dated: September 29, 2010

Respectfully submitted,

By: _____
Thomas L. Gambaro
Email: thom.gambaro@gmail.com
P.O. Box 14741
Portland, Oregon 97293-0741
Telephone: 503-544-0589

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 29, 2010, a true copy of the foregoing **MOTION FOR RECONSIDERATION OF RULE 37 (a)(1) COMPELLING FLIR DISCOVERY** was served to the following counsel by hand delivery, electronic filing via e-mail with electronic signature and first class mail:

**James L. Buchal,** OSB 921618
jlbuchal@mbllp.com
**Murphy & Buchal LLP**
2000 SW First Avenue, Suite 420
Portland, OR 97201
Tel: 503-227-1011x3
Fax: 503-227-1034          Attorney for Defendant Motionless Keyboard Company

**Susan D. Marmaduke,** OSB 841458
susan.marmaduke@harrang.com
**Sivhwa Go,** OSB 033252
hwa.go@harrang.com
**HARRANG LONG GARY RUDNICK P.C.**
1001 SW FIFTH AVENUE, 16TH FLOOR
PORTLAND, OREGON 97204
Telephone: 503-242-0000
Facsimile: 503-241-1458

**William A. Brewer III,** *Admitted Pro Hac Vice*
wab@bickelbrewer.com
**Michael J. Collins,** *Admitted Pro Hac Vice*
mjc@bickelbrewer.com
**Farooq A. Tayab,** *Admitted Pro Hac Vice*
fat@bickelbrewer.com
**BICKEL & BREWER**
4800 Commercial Bank Tower
1717 Main Street
Dallas, TX 75201-4612
Telephone: 214-653-4000
Fax: 214-653-1015          Attorneys for Plaintiff FLIR Systems, Inc.

Respectfully submitted,

September 29, 2010   By: _____
Thomas L. Gambaro
P.O. Box 14741
Portland, Oregon 97293-0741
Telephone: 503-544-0589
Email: thom.gambaro@gmail.com