

**Thomas L. Gambaro**
Email: thom.gambaro@gmail.com
P.O. Box 14741
Portland, Oregon 97293-0741
Telephone: 503-544-0589

FILED'10 SEP 29 1403USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| FLIR SYSTEMS, INC., an Oregon corporation,<br><br>Plaintiff,<br><br>v.<br><br>THOMAS L. GAMBARO, an individual; and MOTIONLESS KEYBOARD COMPANY, an Oregon corporation<br><br>Defendants. | Case No. CV 10-0231-BR<br><br>**NOTICE UNDER RULE 5.1 FOR CONSTITUTIONAL CHALLENGE OF PATENT INFRINGEMENT DUE PROCESS**<br><br>**DEMAND FOR JURY TRIAL** |

### NOTICE UNDER RULE 5.1 FOR CONSTITUTIONAL CHALLENGE OF PATENT INFRINGEMENT DUE PROCESS

Pursuant to Rule 5.1 the Defendant Pro Se respectfully serves notice that the pending case will become test case for a proposed Constitutional Challenge of the Statues for a revised process in judicial matters involving patent infringement cases prior to the case being allowed into Federal Court whereby the U.S. Patent and Trademark Office immediately becomes a party in any patent infringement disputes and the U.S. Patent and Traemark Office will conduct a review of the Accused Products to the legal standard of

"one skilled in the art" of the subject matter of the patent infringement prior to the case being approved for filing in Federal Court. The notice is supported by the Declaration of Thomas L. Gambaro in support of issues relating to a Partial Summary Judgment process in progress that denies the U.S. Patent and Trademark Office of their due process of law to maintain higher standards of law for issuing and maintaining the patent system. This trial case has a two precedents of violations of the rights of patent holders where the establishment of basic facts was not established prior to ruling of law being ordered. This case also includes a precedent where the U.S. Patent and Trademark Office did step in for the last step of the judicial process and justice prevailed. The Constitutional Challenge to the Statutes would bring one of the true parties of interest in patent infringement cases in the case early on to establish facts at the legal standard of "one skilled in the art".

Dated: September 29, 2010                Respectfully submitted,

By: _____
Thomas L. Gambaro
Email: thom.gambaro@gmail.com
P.O. Box 14741
Portland, Oregon 97293-0741
Telephone: 503-544-0589

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on September 29, 2010, a true copy of the foregoing **NOTICE UNDER RULE 5.1 FOR CONSTITUTIONAL CHALLENGE OF PATENT INFRINGEMENT DUE PROCESS** was served to the following counsel by hand delivery, electronic filing via e-mail with electronic signature and first class mail:

**James L. Buchal,** OSB 921618
jlbuchal@mblip.com
**Murphy & Buchal LLP**
2000 SW First Avenue, Suite 420
Portland, OR 97201
Tel: 503-227-1011x3
Fax: 503-227-1034        Attorney for Defendant Motionless Keyboard Company

**Susan D. Marmaduke**, OSB 841458
susan.marmaduke@harrang.com
**Sivhwa Go**, OSB 033252
hwa.go@harrang.com
**HARRANG LONG GARY RUDNICK P.C.**
1001 SW FIFTH AVENUE, 16TH FLOOR
PORTLAND, OREGON 97204
Telephone: 503-242-0000
Facsimile: 503-241-1458

**William A. Brewer III**, *Admitted Pro Hac Vice*
wab@bickelbrewer.com
**Michael J. Collins**, *Admitted Pro Hac Vice*
mjc@bickelbrewer.com
**Farooq A. Tayab**, *Admitted Pro Hac Vice*
fat@bickelbrewer.com
**BICKEL & BREWER**
4800 Commercial Bank Tower
1717 Main Street
Dallas, TX 75201-4612
Telephone: 214-653-4000
Fax: 214-653-1015        Attorneys for Plaintiff FLIR Systems, Inc.

Respectfully submitted,

September 29, 2010    By: *[signature]*
Thomas L. Gambaro
P.O. Box 14741
Portland, Oregon 97293-0741
Telephone: 503-544-0589
Email: thom.gambaro@gmail.com

**NOTICE UNDER RULE 5.1 FOR CONSTITUTIONAL CHALLENGE OF
PATENT INFRINGEMENT DUE PROCESS**                Pg 3 of 3