# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

# CIVIL MINUTES

| | |
|---|---|
| Case No.: **CV 10-231-BR** | Date of Proceeding: **October 4, 2010** |
| Case Title: **FLIR Systems, Inc. v Gambaro, et al.** | |
| Presiding Judge: **Anna J. Brown** | Courtroom Deputy: **Bonnie Boyer**<br>Tele: (503) 326-8053<br>e-mail: Bonnie_Boyer@ord.uscourts.gov |
| Reporter: | |

| **PLAINTIFF'S COUNSEL** | **DEFENDANT'S COUNSEL** |
|---|---|
| | |

**DOCKET ENTRY:** ORDER

**RECORD OF**

The Court GRANTS Defendant Gambaro's *Pro Se* Motion for Extension of Time (#99). Although the Court notes Defendant Gambaro did not certify he conferred with opposing counsel with respect to his request for an extension as required by Local Rule 7-1, the Court is willing to excuse Defendant Gambaro's omission on this occasion only because he is scheduled to have surgery soon, and Plaintiff Flir and Defendant Motionless Keyboard have informed the Court of their willingness to reset the schedule. The Court sets the following schedule in light of the parties' respective positions:

As to Plaintiff's Motion (#86) for Partial Summary Judgment, Defendant Gambaro's separate Response is due November 19, 2010, and Plaintiff's separate Reply is due December 3, 2010.

Defendant's Cross-Motion for Partial Summary Judgment, if any, is due on November 19, 2010; Plaintiff's separate Response is due on December 3, 2010; and Plaintiff's separate Reply is due December 17, 2010.

The Court will set a date for oral argument on the following motions after they are fully briefed: Defendant Gambaro's Motion (#66) for Court Order to Grant Unsealing of Protective Order Documents, Defendant Motionless Keyboard's Motion (#82) to Dismiss, Plaintiff's Motion (#86) for Partial Summary Judgment, and any Cross-Motion for Partial Summary Judgment filed by Defendant Gambaro. All other deadlines remain in effect.

Defendant Gambaro is again instructed not to file any motions until the pending motions are resolved and is reminded he must comply with all applicable rules, including Local Rule 7-1.

cc: ( ) All counsel                                         DOCUMENT NO: _____

**Civil Minutes**
**Hon. Anna J. Brown**                                      (Civil CaseMgt MO.wpd)