IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION


FLIR SYSTEMS, INC.,                    3:10-CV-231-BR

        Plaintiff,

v.                                     ORDER TO SHOW CAUSE

MOTIONLESS KEYBOARD COMPANY,
an Oregon corporation, and
THOMAS L. GAMBARO, an
individual,

        Defendants.


FAROOQ A. TAYAB
MICHAEL J. COLLINS
WILLIAM A. BREWER, III
Bickel and Brewer
4800 Comerica Bank Tower
1717 Main Street
Dallas, TX 75201
(214) 653-4000

1 - SHOW CAUSE ORDER

SUSAN D. MARMADUKE
SIVHWA GO
Harrang Long Gary Rudnick, PC
1001 S.W. Fifth Avenue, Suite 1650
Portland, OR 97204-1116
(503) 242-0000

    Attorneys for Plaintiff

THOMAS L. GAMBARO
P.O. Box 14741
Portland, OR 97293
(503) 544-0589

    Defendant, *Pro Se*

---

    To:    THOMAS L. GAMBARO
           P.O. Box 14741
           Portland, OR 97293

You are hereby ORDERED to appear before the Court on August 19, 2011, at 10:00 a.m. in Courtroom 14A of the Mark O. Hatfield United States Courthouse, 1000 S.W. Third Avenue, Portland, Oregon, and to show cause why you should not be required to post a bond sufficient to assure the Court that you will comply with any protective order the Court issues and to provide financial security for the risk that you will use sensitive and protected information provided in discovery by Plaintiff Flir Systems, Inc. in violation of this Court's Orders and discovery rules generally and the protective order the Court will issue in particular.

Gambaro may file any documents in support of his position for the Show Cause hearing no later than August 10, 2011, and

2 - SHOW CAUSE ORDER

Flir may file any response no later than August 15, 2011.

IT IS SO ORDERED.

DATED this 1st day of August, 2011.

*Anna J. Brown*
ANNA J. BROWN
United States District Judge

3 - SHOW CAUSE ORDER