**Susan D. Marmaduke**, OSB 841458
E-mail: susan.marmaduke@harrang.com
**Sivhwa Go**, OSB 033252
E-mail: hwa.go@harrang.com
HARRANG LONG GARY RUDNICK P.C.
1001 S.W. Fifth Avenue, 16th Floor
Portland, OR  97204
Telephone:  (503) 242-0000
Facsimile:  (503) 241-1458

**William A. Brewer, III**, *Admitted Pro Hac Vice*
E-mail: wab@bickelbrewer.com
**Michael J. Collins**, *Admitted Pro Hac Vice*
E-mail: mjc@bickelbrewer.com
**Farooq A. Tayab**, *Admitted Pro Hac Vice*
E-mail: fat@bickelbrewer.com
BICKEL & BREWER
4800 Comerica Bank Tower
1717 Main Street
Dallas, Texas 75201-4612
Telephone:  (214) 653-4000
Facsimile:  (214) 653-1015

Attorneys for Plaintiff FLIR Systems, Inc.

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **FLIR SYSTEMS, INC.**, an Oregon corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**THOMAS L. GAMBARO**, an individual d/b/a **PATENT ENFORCEMENT COMPANY**; **MOTIONLESS KEYBOARD COMPANY**, an Oregon corporation.<br><br>Defendants. | Civil No.: 3:10-cv-00231-BR<br><br>**MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN CLAIMS** |

PAGE  1 -   **MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN CLAIMS**

Plaintiff FLIR Systems, Inc. ("FLIR") submits this memorandum in support of Plaintiff's Unopposed Motion for Voluntary Dismissal Without Prejudice of Certain Claims. On November 17, 2011, this Court granted FLIR's motion for default judgment (Dkt. No. 191), struck Defendant Thomas L. Gambaro's answer and other pleadings, and entered an order of default against Defendant Gambaro as a sanction for his vexatious litigation practices and his willful and repeated violations of court orders. Opinion & Order (Dkt. No. 213) at 22. The Court directed FLIR to submit a proposed form of default judgment for the Court's consideration. *Id.* FLIR is contemporaneously filing its proposed default judgment.

The Court's granting of FLIR's motion for default and its striking of Defendant Gambaro's answer and pleadings dispose of all of Defendant Gambaro's counterclaims. FLIR's proposed default judgment addresses FLIR's requests for judicial declarations that none of the FLIR Accused Devices infringe - directly or indirectly or under the doctrine of equivalents – any claim of US Patent Number 5,332,322 (the "'322 Patent") or US Design Patent Number 405,071. Remaining are FLIR's claims for a judicial declaration that the '322 Patent is invalid, for a judicial declaration that the '322 Patent is unenforceable for patent misuse, and for an award of attorney fees pursuant to 35 USC § 285.

FLIR wishes to voluntarily dismiss these remaining claims without prejudice to its right to bring them at a later date. Counsel for FLIR has conferred with Defendant Gambaro; he does not oppose this motion for voluntary dismissal. In light of that, as well

PAGE 2 - **MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN CLAIMS**

*Harrang Long Gary Rudnick P.C.*
*1001 SW Fifth Ave., 16th Floor*
*Portland, OR 97204*
*Telephone: (503) 242-0000*
*Facsimile: (503) 241-1458*

as the Court's entry of order of default against Defendant Gambaro and the Court's broad inherent powers "to manage [its] own affairs so as to achieve the orderly and expeditious disposition of cases" (*see Link v. Wabash R.R.,* 370 U.S. 626, 630-31, 82 S.Ct. 1386, 8 L.Ed.2d 734 (1962)), this Court should grant FLIR's motion for voluntary dismissal without prejudice of the remaining claims.

## CONCLUSION

Based upon the foregoing, FLIR respectfully requests that the Court grant FLIR's Unopposed Motion for Voluntary Dismissal Without Prejudice of Certain Claims.

DATED this 1st day of December, 2011.

**BICKEL & BREWER**
William A. Brewer, III, *Admitted Pro Hac Vice*
Michael J. Collins, *Admitted Pro Hac Vice*
Farooq A. Tayab, *Admitted Pro Hac Vice*

**HARRANG LONG GARY RUDNICK PC**

By:  /s/ Sivhwa Go
Sivhwa Go, OSB 033252
hwa.go@harrang.com
Susan D. Marmaduke, OSB 841458
susan.marmaduke@harrang.com
Telephone: (503) 242-0000
Facsimile: (503) 241-1458

Of Attorneys for Plaintiff FLIR Systems, Inc.

PAGE 3 - **MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN CLAIMS**

*Harrang Long Gary Rudnick P.C.*
*1001 SW Fifth Ave., 16th Floor*
*Portland, OR 97204*
*Telephone: (503) 242-0000*
*Facsimile: (503) 241-1458*

# CERTIFICATE OF SERVICE

I certify that on December 1, 2011, I served or caused to be served a true and complete copy of the foregoing **MEMORANDUM IN SUPPORT OF PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF CERTAIN CLAIMS** on the party or parties listed below as follows:

| | |
|---|---|
| Thomas L. Gambaro<br>individually and dba<br>Patent Enforcement Company<br>P.O. Box 14741<br>Portland, OR  97293 | _____ Via CM / ECF Filing<br>_____ Via First Class Mail, Postage Prepaid<br>_____ Via Email (courtesy copy) |
| Defendants *Pro Se* | _____ Via Personal Delivery |

**HARRANG LONG GARY RUDNICK P.C.**

By: /s/ Sivhwa Go
 Sivhwa Go, OSB 033252
 hwa.go@harrang.com
 Telephone:  (503) 242-0000
 Facsimile:  (503) 241-1458

 Of Attorneys for Plaintiff FLIR Systems, Inc.

P0257534.DOC;1

PAGE  1 -    **CERTIFICATE OF SERVICE**

*Harrang Long Gary Rudnick P.C.*
*1001 SW Fifth Ave., 16th Floor*
*Portland, OR 97204*
*Telephone: (503) 242-0000*
*Facsimile: (503) 241-1458*